UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA ex rel. RELATOR   :
LLC,                                                                              :
                       Plaintiff,                                     :
                                                      : 23-cv-00501 (LJL)
         -v-                                                              :
                                                       : ORDER
PETER ANDERSON et al,                                            :
                   Defendants.                                :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2025

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to unseal the caption in this matter, the Complaint at Dkt. No. 1, the Order at Dkt. No. 8, and the Notice of Election to Decline Intervention.

      SO ORDERED.

Dated: August 8, 2025
       New York, New York

                                                   LEWIS J. LIMAN
                                           United States District Judge