```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA ex rel. RELATOR                          :
LLC,                                                              :
                                                                  :
          Plaintiff,                                        :
                                                                  :  23-cv-00501 (LJL)
    -v-                                                         :
                                                                  :  ORDER
                                                                  :
PETER ANDERSON et al,                                             :
                                                                  :
          Defendants.                                       :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to unseal the substitution of counsel notice at Dkt. No. 7.


SO ORDERED.

Dated: August 11, 2025
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                     United States District Judge